IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FELICIANO SALDIVAR | § | |
| Petitioner, | § | |
| VS. | § | NO. 3-11-CV-3011-N |
| RICK THALER, Director<br>Texas Department of Criminal Justice,<br>Correctional Institutions Division | § | |
| Respondent. | § | |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge regarding *in forma pauperis* status are correct, and they are hereby accepted as the Findings of the Court. Accordingly, petitioner's application to proceed *in forma pauperis* (doc. #10) is denied. Petitioner is ordered to pay the $5.00 statutory filing fee within 20 days after the date of this order. If he fails to do so, this case will be dismissed without further notice.

SO ORDERED this 22nd day of December, 2011.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE